IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 4 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| STEVEN MOXLEY, #1266577, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:05-CV-0713-R |
| | ) |
| WARDEN KEETON, et al., | ) |
| Defendants. | ) |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are ADOPTED as the findings and conclusions of the Court.

IT IS THEREFORE ORDERED that Plaintiff's motions for leave to proceed *in forma pauperis* (Docket #4 and #6) are DENIED pursuant to the three-strike provision of 28 U.S.C. § 1915(g).

IT IS FURTHER ORDERED that Plaintiff's motion for leave to amend (docketed as a motion to appoint counsel, Docket #10), and Plaintiff's motion to supplement (docketed as a "motion not for leave [to amend] previously filed complaint not to supersede but to extend or add to complaint, Docket #11) should be denied as moot.

Signed this ___4___ day of ___August___, 2005.

_____
Jerry Buchmeyer
UNITED STATES DISTRICT JUDGE